

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
 BONNIE SUDDERTH

JUSTICES
 SUE WALKER
 BILL MEIER
 LEE GABRIEL
 ELIZABETH KERR
 MARK T. PITTMAN
 J. WADE BIRDWELL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
 DEBRA SPISAK

CHIEF STAFF ATTORNEY
 LISA M. WEST

GENERAL COUNSEL
 CLARISSA HODGES

May 24, 2018

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. Louis E.  Sturns
Judge, 213th District Court
Tim Curry Criminal Justice Center
401 West Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

David A. Pearson, IV
Lakeside Plaza
8401 Jacksboro Highway, Ste. 307
Fort Worth, TX 76135
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
* DELIVERED VIA E-MAIL *

Joseph W. Spence
Assistant District Attorney
401 W. Belknap Street
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:    02-17-00356-CR, 02-17-00357-CR
           Trial Court Case Number:    1354634D, 1501697D

Style:    Brandon Mitchell
        v.
        The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.  Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*